```
SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
mafar@seyfarth.com
Justin J. Jackson (SBN 333687)
jujackson@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200

Attorneys for Defendant,
LAZER SPOT, INC.
```

*[additional counsel on following page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGO, as an individual on behalf of himself and on behalf of all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAZER SPOT, INC., a Georgia corporation; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | **CLASS ACTION**<br><br>Case No. 5:23-cv-00403-JGB-SHK<br><br>Honorable Jesus G. Bernal<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: February 3, 2023<br>Trial Date: None Set |

JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
(CASE NO. 5:23-CV-00403-JGB-SHK)

310735374v.1

1  CROSNER LEGAL, PC
   ZACHARY M. CROSNER, ESQ. (SBN 272295)
2  zach@crosnerlegal.com
   JAMIE SERB, ESQ. (SBN 289601)
3  jamie@crosnerlegal.com
   BRANDON BROUILLETTE (SBN 273156)
4  bbrouillette@crosnerlegal.com
   9440 Santa Monica Blvd. Suite 301
5  Beverly Hills, CA 90210
   Tel: (866) 276-7637
6  Fax: (310) 510-6429

7  Attorneys for Plaintiff,
   MICHAEL NGO on behalf of the State of California,
8  and others similarly situated and aggrieved

---

JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
(CASE NO. 5:23-CV-00403-JGB-SHK)

310735374v.1

Plaintiff Michael Ngo ("Plaintiff") and Defendant Lazer Spot, Inc. ("Defendant") (collectively, the "Parties"), through their counsel of record, hereby submit this joint stipulation and request to continue the Court's Order that the Parties shall prepare a long-form settlement agreement and file motions for approval of class action settlement no later than June 17, 2024 (Doc. No. 20), as follows:

**WHEREAS,** on April 29, 2024, the Parties notified the Court that on April 26, 2024, the Parties accepted a mediator's proposal to settle the instant action, the *Urrutia* class action, the *Ngo* PAGA action (pending in the Superior Court of the State of California for the County of Riverside, designated as *Michael Ngo v. Lazer Spot, Inc.*, Case No. CVRI2302136 ("Ngo PAGA Action"), and the *Urrutia* PAGA action (pending in Superior Court of the State of California for the County of San Bernardino, designated as *Ericka Nataly Escobar Urrutia v. Lazer Spot, Inc.*, Case No. CIVSB2312528 ("Urrutia PAGA Action");

**WHEREAS**, on May 1, 2024, the Court issued an order (1) vacating deadlines for an initial scheduling conference, exchange of initial disclosures, and the filing of a Joint Rule 26(f) Report, and (2) that the Parties shall prepare a long-form settlement agreement and file motions for approval of class action settlement no later than June 17, 2024 (Doc. No. 20);

**WHEREAS**, the Parties are still in the process of negotiating the terms of a Memorandum of Understanding ("MOU") to memorialize the settlement, though the Parties have reached a basic understanding that Plaintiffs will need to file an amended consolidated complaint for settlement purposes either in this Court or in San Bernardino Superior Court should they determine to seek approval in the venue where the first filed PAGA representative action is pending;

**WHEREAS,** the Parties express that they need additional time to finalize the MOU, prepare a longform settlement agreement, file a consolidated complaint, and a motion for preliminary approval of class action settlement;

1

JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
(CASE NO. 5:23-CV-00403-JGB-SHK)

310735374v.1

    **WHEREAS**, this is the Parties first request to continue the Court's deadline and the Parties agree that good cause exists to seek modification of the Court's Order (Doc. No. 20), given that the Parties are still negotiating over material terms of the settlement agreement to be set forth in a final MOU, and that once finalized, additional time will be needed to finalize the remaining settlement documents described above.

    **THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST** that the Court continue the deadline for the Parties to seek approval of the settlement in this Court by 60 days from June 17, 2024 to August 16, 2024.

    **IT IS SO STIPULATED**.

DATED: June 17, 2024　　　　　　　　SEYFARTH SHAW LLP

By: /s/Justin J. Jackson
Michael Afar
Justin J. Jackson
Attorneys for Defendant
LAZER SPOT, INC.

DATED: June 17, 2024　　　　　　　　CROSNER LEGAL, PC

By: /s/Brandon Brouillette
Zachary M. Crosner
Jamie Serb
Brandon Brouillette

Attorneys for Plaintiff
MICHAEL NGO on behalf of the State of California, and others similarly situated and aggrieved

2

JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
(CASE NO. 5:23-CV-00403-JGB-SHK)

310735374v.1

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and
2  on whose behalf the filing is submitted, concur in the filing's content and have authorized
3  the filing.
4  Dated: June 17, 2024
5  By: /s/Brandon Brouillette

3

JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
(CASE NO. 5:23-CV-00403-JGB-SHK)

310735374v.1