UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGO, as an individual on behalf of himself and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAZER SPOT, INC., a Georgia corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | **CLASS ACTION**<br><br>Case No. 5:23-cv-00403-JGB-SHK<br><br>**ORDER**<br><br>Complaint Filed: February 3, 2023<br>Trial Date:　　　None Set |

The Court has considered Plaintiff Michael Ngo ("Plaintiff") and Defendant Lazer Spot, Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation and request to continue the Court's Order that the Parties shall prepare a long-form settlement agreement and file motions for approval of class action settlement no later than June 17, 2024 (Doc. No. 20.) and finds good cause has been shown to continue the Court's June 17, 2024 deadline to provide the Parties with additional time to finalize their settlement.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Parties deadline to prepare a long-form settlement agreement and motion for approval of the class action settlement shall be continued to August 16, 2024.

Dated: June 27, 2024

_____
Hon. Jesus G. Bernal
U.S. District Court Judge